247 LUTON (Pros. Attorney) vs. CIRCUIT JUDGE (Newaygo), 69 M., 610.

To set aside an order quashing an information, charging a druggist with the sale of liquor to be used as a beverage, and to proceed to the trial of the accused.

Granted April 25, 1888.

The circuit judge quashed the information upon the ground that by Robison vs. Miner, 68 M., 549, Sec. 3 of the Act under which the information must be considered as based, had been declared unconstitutional.